UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, et al.,

                              NO. CIV. S-07-1641 LKK/KJM

    Plaintiffs,

  v.                              O R D E R

DOES 1-16,

    Defendants.

_____/

    The court is in receipt of the plaintiffs' status report and ex parte application to continue the status conference currently set for October 1, 2007 at 3:00 PM. The court finds that plaintiffs have shown good cause to continue the status conference.

    The status conference is CONTINUED to December 3, 2007 at 3:30 PM.

    IT IS SO ORDERED.

    DATED: September 26, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1